274

**Michael A. LEE, Plaintiff—Appellant,**

**v.**

**Lorenzo GUAVARA, Assistant Health Services Administrator; P.A. Hamme, Physicians Assistant; P.A. Faytong, Physicians Assistant; Amy Williams, X–Ray Technician; United States of America, Defendants—Appellees.**

No. 07–7503.

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2008.

Decided: April 11, 2008.

Michael A. Lee, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Lee appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no re-versible error. Accordingly, we deny Lee's motion for appointment of counsel and affirm for the reasons stated by the district court. *Lee v. Guavara,* No. 9:06–cv–01947–MBS, 2007 WL 2792183 (D.S.C. Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*